IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re: )
 )
 ) Case No. 11-44738-drd11
HMC/CAH CONSOLIDATED, INC., )
Debtor. )

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. This is a consolidated list of the 20 largest unsecured claims with all of the affiliate debtors which were filed on the same date as the within case. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 (or chapter 9) case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such a "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

---

*All of the following creditors are unsecured and/or priority business debts of the Debtor(s) which are unliquidated.*

| *Name/Address of Creditor* | *Amount of Claim* |
|---|---|
| North Carolina Baptist Hospital<br>Attn: Sarah Frye<br>Medical Center Boulevard<br>Winston-Salem NC 27103 | $419.301.22 |
| Expeditive<br>3 Independence Way<br>Suite 201<br>Princeton, NJ 08540 | $ 69,783.60 |
| Yadkin County Finance Office<br>PO Box 220<br>Yadkin, NC 227055 | $443,395.55 |

KCP-4166114-1

| | |
|---|---|
| CPSI<br>6600 Wall Street<br>Mobile, AL 36608 | $1,195,947.33 |
| Blue Cross Blue Shield of Kansas City<br>PO Box 219451<br>Kansas City, MO 64121-9451 | $159,334.07 |
| Siemens Healthcare Diagnostics<br>PO Box 121102<br>Dallas, TX 75312-1102 | $115,454.13 |
| Philips Medical Systems, Inc.<br>PO Box 403262<br>Atlanta, GA 30384-3262 | $100,267.87 |
| Rural Access Medical Providers<br>737 Cedar Ridge Drive<br>Winterville, NC 28590 | $84,160.00 |
| Winthrop Resources Corporation<br>PO Box 650<br>Hopkins, MN 55343-0650 | $173,878.66 |
| Siemens Financial Services, Inc<br>PO Box 2083<br>Carol Stream, IL 60132-2083 | $120,887.14 |
| Cimarron<br>4301 Hillsboro Pike<br>Suite 310<br>Nashville, TN 37215 | $112,943.24 |
| Oklahoma Blood Institute<br>Department: #96-0115<br>Oklahoma City, OK 73196 | $92,074.00 |
| Bank of Ripley<br>134 N Jefferson ST<br>Ripley, TN 38063 | $109,497.71 |
| Cardinal Health<br>PO Box 905867<br>Charlotte, NC 28290-5867 | $71,646.32 |

| | |
|---|---|
| Aegis Therapies<br>PO Box 8103<br>FT Smith, AR 72902 | $89,317.08 |
| Spectron<br>5416 S Yale, Suite 650<br>Tulsa, OK 74135-6244 | $86,188.88 |
| Agility Therapy<br>2692 Momentum Place<br>Chicago, IL 60689-5326 | $84,245.41 |
| Stormont Vail Healthcare<br>1500 SW 10th Avenue<br>Topeka, KS 66604 | $80,721.95 |
| Cerner Healthcare<br>PO Box 412732<br>Kansas City, MO 64141-2732 | $77,878.91 |
| Agility Health, Inc.<br>PO Box 77000<br>Detroit, MI 48277-2000 | $72,876.00 |

Dated: October 11, 2011

_[signature]_
Chief Legal Officer
HMC/CAH CONSOLIDATED, INC.
Debtor

KCP-4166114-1