**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

In re:                                )
    HMC/CAH Consolidated, Inc.    ) Case No. 11-44738-11
                                      )
                    Debtor.       )

**ENTRY OF APPEARANCE**

COMES NOW, Scott A. Wissel, of the law firm of Lewis, Rice & Fingersh, L.C., and enters his appearance as attorney of record in the above-captioned case on behalf of Creditor, HPCG Hospital Investment, LLC.

                LEWIS, RICE & FINGERSH, L.C.

                By:  s/ Scott A. Wissel
                    Scott A. Wissel    MO #49085
                    1010 Walnut, Suite 500
                    Kansas City Missouri  64106
                    (816) 421-2500 telephone
                    (816) 472-2500 facsimile
                    sawissel@lrf-kc.com

                ATTORNEYS FOR CREDITOR HPCG
                HOSPITAL INVESTMENT, LLC. and
                HIGHPOINTE CAPITAL GROUP, LLC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 12, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically send a notice of electronic filing to parties of interest.

                    s/ Scott A. Wissel
                        Creditor