Case 11-44738-drd11    Doc 519-4    Filed 07/03/12    Entered 07/03/12 11:50:45    Desc
Exhibit D -- Unaudited consolidated and consolidating financial statements (FY 2    Page 1 of 4

Exhibit D

**HMC/CAH**
**Consolidating Balance Sheet**
**September 30, 2011**

| | WCH | Oswego | Horton | Hillsboro | Prague | I-70 | Drumright | Seiling | Fairfax | Lauderdale | Yadkin Valley | Haskell | HMC | Eliminations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| Current Assets: | | | | | | | | | | | | | | |
| Cash and cash equivalents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,751,444 | |
| Accounts receivable | 7,928,581 | 1,391,644 | 2,697,187 | 726,529 | 2,625,419 | 2,272,775 | 2,601,032 | 2,247,640 | 1,158,898 | 9,000,761 | 4,310,732 | 4,620,175 | 5,555,612 | (4,130,464) |
| Less: Reserves for Uncollectible | (5,066,629) | (463,652) | (1,507,000) | (328,197) | (1,663,104) | (1,229,425) | (1,427,879) | (1,237,051) | (214,013) | (5,687,675) | (2,580,373) | (2,597,705) | 0 | |
| Home Office Settlement | | | | | | | | | | | | | 0 | |
| Supplies | 202,898 | 87,832 | 141,488 | 118,977 | 137,883 | 113,542 | 178,682 | 56,914 | 147,711 | 170,349 | 111,780 | 124,814 | 0 | |
| Prepaid expenses | 181,736 | 50,571 | 87,421 | 65,738 | 111,411 | 154,509 | 314,637 | 83,988 | 113,996 | 456,118 | 168,452 | 198,504 | (4,652) | |
| Third-Party Settlement | 236,889 | (716,253) | 162,138 | 232,164 | (203,321) | (78,770) | (44,167) | 542,465 | (98,672) | (326,458) | 459,718 | 481,676 | 0 | |
| Other current assets | 190 | 20,790 | 1,118 | 1,500 | 0 | 0 | 0 | 0 | 0 | 1,514 | 0 | 0 | 633 | |
| **Total Current Assets** | 3,483,665 | 370,933 | 1,582,352 | 816,711 | 1,008,289 | 1,232,632 | 1,622,305 | 1,693,956 | 1,107,920 | 3,614,609 | 2,470,308 | 2,827,464 | 7,303,036 | (4,130,464) |
| Property & Equipment, at cost: | | | | | | | | | | | | | | |
| Construction in Progress | 899,987 | 2,428,036 | 648,404 | 659,941 | 60,967 | 0 | 0 | 9,200 | 0 | 203,558 | 91,249 | 0 | 0 | |
| Land and improvements | 429,072 | 133,450 | 221,342 | 16,800 | 215,000 | 252,638 | 460,000 | 105,000 | 0 | 127,359 | 0 | 0 | 10,000 | |
| Buildings and improvements | 2,756,091 | 324,121 | 1,285,853 | 343,451 | | 9,359,104 | 9,858,902 | 0 | 68,132 | 3,272,391 | 0 | 0 | 8,950 | |
| Equipment and fixtures | 5,881,988 | 422,648 | 3,514,582 | 1,953,900 | 483,562 | 1,861,011 | 1,955,052 | 282,075 | 823,575 | 1,444,574 | 1,099,996 | 554,882 | 480,376 | |
| Total PP&E | 9,967,138 | 3,308,255 | 5,670,181 | 2,974,092 | 759,529 | 11,472,752 | 12,273,954 | 396,275 | 891,707 | 5,047,883 | 1,191,245 | 554,882 | 499,326 | - |
| Less accumulated depreciation and amortization | (6,642,561) | (437,162) | (4,369,831) | (1,729,384) | (252,100) | (3,878,993) | (5,142,885) | (134,502) | (339,016) | (1,229,359) | (300,800) | (215,681) | (255,896) | |
| **Net Property and Equipment** | 3,324,578 | 2,871,093 | 1,300,350 | 1,244,708 | 507,429 | 7,593,760 | 7,131,069 | 261,773 | 552,691 | 3,818,524 | 890,445 | 339,201 | 243,430 | 0 |
| Other Assets; | | | | | | | | | | | | | | |
| Investments | | | | | | | | | | | | | 3,437,300 | (3,437,300) |
| Goodwill | | 0 | 0 | 255,609 | 36,589 | 2,210,166 | 131,226 | 0 | 537,905 | 0 | 1,353,907 | 1,238,125 | 0 | |
| Restricted Cash | 0 | 0 | 0 | 0 | 0 | 73 | 797,053 | 0 | | | 0 | 0 | 0 | |
| Other | (15,000) | 0 | 0 | 0 | 30,835 | 208,399 | 0 | 0 | | 105,402 | (1,841) | 0 | 402,198 | |
| | (15,000) | 0 | 0 | 255,609 | 67,424 | 2,418,638 | 928,279 | 0 | 537,905 | 105,402 | 1,352,066 | 1,238,125 | 3,839,498 | (3,437,300) |
| **Total Assets** | $ 6,793,242 | $ 3,242,026 | $ 2,882,702 | $ 2,317,028 | $ 1,583,142 | $ 11,245,030 | $ 9,681,653 | $ 1,955,729 | $ 2,198,516 | $ 7,538,535 | $ 4,712,819 | $ 4,404,791 | $ 11,385,964 | $ (7,567,764) |
| **LIABILITIES** | | | | | | | | | | | | | | |
| Current Liabilities: | | | | | | | | | | | | | | |
| Current maturities of LTD | 454,256 | 181,440 | 176,367 | 163,955 | 99,539 | 336,019 | 299,845 | 181,997 | 467,547 | 2,655,430 | 124,509 | 143,461 | 5,767 | |
| Accounts payable | 2,380,650 | 834,483 | 1,080,749 | 846,594 | 551,016 | 1,021,913 | 1,289,885 | 940,448 | 970,497 | 1,464,286 | 2,687,960 | 1,989,210 | 437,265 | (4,120,664) |
| Due/(From) HMC | (432,130) | 248,208 | (647,391) | (417,038) | (102,600) | (399,785) | (608,941) | (466,497) | (744,198) | (677,983) | 1,776,148 | 1,223,983 | 1,248,224 | |
| Accrued Interest | | | 160 | 33,293 | | | | | | | | 1,248 | 314,055 | |
| Short-term Notes | | | | 0 | | | 35,000 | | (3,375) | | 134,169 | 11,546 | 7,578,930 | |
| Accrued Liabilities | 2,402,784 | 339,915 | 922,622 | 282,602 | 687,536 | 682,196 | 534,374 | 281,496 | 517,479 | 1,182,128 | 521,809 | 404,866 | 90,920 | |
| **Total Current Liabilities** | 4,805,559 | 1,604,045 | 1,532,507 | 909,406 | 1,235,491 | 1,640,343 | 1,550,163 | 937,444 | 1,207,950 | 4,623,862 | 5,244,594 | 3,774,314 | 9,675,160 | (4,120,664) |
| **Long-Term Debt (net current maturities)** | 2,136,944 | 2,739,829 | 202,978 | 795,426 | 480,023 | 9,575,281 | 6,828,088 | 316,126 | 1,058,707 | 453,928 | 313,334 | 71,362 | 12,230,731 | |
| Stockholders' Equity: | | | | | | | | | | | | | | |
| Members Equity | 1,254,056 | (295,364) | 879,290 | 308,602 | 555,299 | 1,000,000 | 2,140,881 | 146,000 | 365,263 | 67,380 | | 540,835 | 0 | (6,962,243) |
| Prefered Stock | | | | | | | | | | | | | 12,456,861 | |
| Common Stock | | | | | | | | | | | | | 320,162 | |
| Retained Earnings | (494,409) | (558,162) | 317,272 | 65,915 | (377,595) | (937,180) | (1,120,282) | (142,166) | 188,383 | 968,641 | (903,290) | (522,271) | (19,249,225) | 3,515,143 |
| Net Income | (908,908) | (248,321) | (49,346) | 237,679 | (310,075) | (33,415) | 282,802 | 698,324 | (621,788) | 1,424,724 | 58,180 | 540,552 | (4,047,725) | |
| **Total Stockholders' Equity** | (149,261) | (1,101,847) | 1,147,217 | 612,196 | (132,372) | 29,405 | 1,303,402 | 702,158 | (68,142) | 2,460,745 | (845,110) | 559,116 | (10,519,927) | (3,447,100) |
| **Total Liabilities and Stockholders Equity** | 6,793,242 | 3,242,026 | 2,882,702 | 2,317,028 | 1,583,142 | 11,245,030 | 9,681,653 | 1,955,729 | 2,198,515 | 7,538,535 | 4,712,819 | 4,404,792 | 11,385,964 | (7,567,764) |

**HMC/CAH**
**Consolidating Balance Sheet**
**September 30, 2011**

| | 9/30/11 Consolidated | 8/31/11 Consolidated | Prior FYE Consolidated |
|---|---:|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash and cash equivalents | 1,751,444 $ | 2,275,782 $ | 2,460,269 |
| Accounts receivable | 43,006,521 | 44,235,430 | 27,929,220 |
| Less: Reserves for Uncollectible | (24,002,705) | (25,185,759) | (13,797,000) |
| Home Office Settlement | 0 | 0 | 0 |
| Supplies | 1,592,871 | 1,805,126 | 1,637,800 |
| Prepaid expenses | 1,982,430 | 2,369,608 | 1,021,997 |
| Third-Party Settlement | 647,409 | (909,301) | 1,240,000 |
| Other current assets | 25,746 | (299,786) | 0 |
| **Total Current Assets** | **25,003,715** | **24,291,100** | **20,492,286** |
| | | | |
| Property & Equipment, at cost: | | | |
| Construction in Progress | 5,001,343 | 4,839,388 | 4,642,382 |
| Land and improvements | 1,970,660 | 1,970,660 | 1,706,582 |
| Buildings and improvements | 27,276,995 | 26,552,127 | 17,065,076 |
| Equipment and fixtures | 20,758,220 | 20,702,939 | 14,391,524 |
| Total PP&E | 55,007,219 | 54,065,114 | 37,805,564 |
| | | | |
| Less accumulated depreciation and amortization | (24,928,168) | (24,618,099) | (6,586,837) |
| **Net Property and Equipment** | **30,079,050** | **29,447,015** | **31,218,727** |
| | | | |
| Other Assets: | | | |
| Investments | 0 | 0 | 0 |
| Goodwill | 5,763,527 | 5,763,527 | 5,763,527 |
| Restricted Cash | 797,126 | 1,494,244 | 877,056 |
| Other | 729,993 | 747,513 | 716,389 |
| | 7,290,646 | 8,005,285 | 7,356,972 |
| | | | |
| **Total Assets** | **$ 62,373,412** | **$ 61,743,400** | **$ 59,067,985** |
| | | | |
| **LIABILITIES** | | | |
| Current Liabilities: | | | |
| Current maturities of LTD | 5,290,132 $ | 3,365,528 $ | 5,173,101 |
| Accounts payable | 12,374,292 | 12,466,953 | 11,568,311 |
| Due/(From) HMC | 0 | 3 | |
| Accrued Interest | 348,755 | 250,326 | 452,158 |
| Short-term Notes | 7,756,269 | 7,470,160 | 6,578,908 |
| Accrued Liabilities | 8,850,726 | 8,929,858 | 6,083,934 |
| **Total Current Liabilities** | **34,620,174** | **32,482,829** | **29,856,412** |
| | | | |
| **Long-Term Debt (net current maturities)** | **37,202,757** | **37,722,007** | **35,858,774** |
| | | | |
| Stockholders' Equity: | | | |
| Members Equity | (1) | (1) | (0) |
| Prefered Stock | 12,456,861 | 12,456,861 | 12,281,867 |
| Common Stock | 320,162 | 320,162 | 320,162 |
| Retained Earnings | (19,249,225) | (19,249,225) | (9,068,704) |
| Net Income | (2,977,317) | (1,989,233) | (10,180,526) |
| **Total Stockholders' Equity** | **(9,449,519)** | **(8,461,436)** | **(6,647,201)** |
| | | | |
| **Total Liabilities and Stockholders Equity** | **62,373,412** $ | **61,743,400** $ | **59,067,985** |

**HMC/CAH Consolidated, Inc.**
**Consolidating Income Statement**
**For the Twelve Months Ending September 30, 2011**

| | WCH | Oswego | Horton | Hillsboro | Prague | I-70 | Drumright | Seiling | Fairfax | Lauderdale | Yadkin Valley | Haskell | Consolidated Hospitals | Corporate | Eliminations | Consolidated Company |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Patient Services Revenue** | 14,231,268 | 3,977,788 | 6,341,913 | 3,939,134 | 6,234,909 | 7,811,775 | 8,840,947 | 4,818,777 | 4,032,155 | 16,653,694 | 10,416,272 | 8,456,488 | 95,755,121 | - | - | 95,755,121 |
| | | | | | | | | | | | | | | | | |
| Management Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,820,311 | (3,488,000) | 332,311 |
| Other Revenue | 107,479 | 48,087 | 83,269 | 30,513 | 156,755 | 363,645 | 793,010 | 34,066 | 17,385 | 1,188,814 | 426,846 | 389,499 | 3,639,369 | 201,356 | | 3,840,725 |
| | | | | | | | | | | | | | | | | |
| **Total Operating Revenues** | 14,338,748 | 4,025,875 | 6,425,182 | 3,969,647 | 6,391,664 | 8,175,420 | 9,633,958 | 4,852,842 | 4,049,540 | 17,842,508 | 10,843,118 | 8,845,987 | 99,394,489 | 4,021,667 | (3,488,000) | 99,928,156 |
| | | | | | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | | | | | |
| Salaries and Wages | 5,555,552 | 2,044,454 | 2,989,369 | 1,582,131 | 2,905,221 | 3,103,559 | 3,683,214 | 1,742,215 | 1,907,360 | 5,820,968 | 4,312,248 | 3,890,113 | 39,536,403 | 3,260,203 | | 42,796,606 |
| Benefits | 920,315 | 350,807 | 630,371 | 332,565 | 570,640 | 518,910 | 662,639 | 304,974 | 410,697 | 1,476,002 | 803,864 | 721,145 | 7,702,929 | 706,369 | | 8,409,298 |
| Provision for Bad Debts | 2,881,610 | 106,063 | 524,619 | 79,717 | 1,175,156 | 787,072 | 1,132,645 | 615,247 | 338,622 | 3,617,889 | 1,894,124 | 1,209,187 | 14,361,952 | - | | 14,361,952 |
| Supplies | 1,132,249 | 559,233 | 766,131 | 448,897 | 623,414 | 544,998 | 819,575 | 305,117 | 386,373 | 1,363,536 | 621,314 | 783,532 | 8,354,369 | 108,556 | | 8,462,925 |
| Medical Specialist Fees | 1,100,055 | 99,920 | 330,540 | 210,337 | 701 | 189,467 | 139,933 | 64,500 | 124,989 | 387,451 | 737,006 | 132,861 | 3,517,761 | - | | 3,517,761 |
| Purchased Services | 1,404,042 | 321,397 | 303,162 | 291,005 | 721,874 | 371,051 | 645,258 | 467,199 | 514,315 | 873,419 | 858,614 | 214,769 | 6,986,104 | 840,727 | | 7,826,831 |
| Management Fees | 444,000 | 200,000 | 171,320 | 159,705 | 216,000 | 222,000 | 276,000 | 276,000 | 260,525 | 540,000 | 481,000 | 360,000 | 3,606,550 | - | (3,488,000) | 118,550 |
| Other Operating Expenses | 949,663 | 259,803 | 526,907 | 297,380 | 361,718 | 988,794 | 683,057 | 245,164 | 361,925 | 1,253,806 | 694,134 | 755,009 | 7,377,361 | 1,274,789 | | 8,652,150 |
| | | | | | | | | | | | | | | | | |
| **Total Operating Expenses** | 14,387,485 | 3,941,675 | 6,242,419 | 3,401,737 | 6,574,724 | 6,725,853 | 8,042,321 | 4,020,417 | 4,304,806 | 15,333,072 | 10,402,304 | 8,066,616 | 91,443,430 | 6,190,644 | (3,488,000) | 94,146,074 |
| | | | | | | | | | | | | | | | | |
| **E.B.I.T.D.A.** | (48,738) | 84,200 | 182,763 | 567,910 | (183,060) | 1,449,567 | 1,591,636 | 832,425 | (255,266) | 2,509,437 | 440,814 | 779,371 | 7,951,059 | (2,168,977) | - | 5,782,082 |
| | | | | | | | | | | | | | | | | |
| Depreciation and Amortization | (531,333) | (100,963) | (260,335) | (267,064) | (76,944) | (797,910) | (854,892) | (71,028) | (260,718) | (827,285) | (231,297) | (164,506) | (4,444,274) | (108,000) | | (4,552,274) |
| Interest Expense | (329,318) | (231,593) | (29,432) | (64,461) | (50,144) | (685,718) | (455,243) | (64,070) | (106,309) | (257,763) | (151,598) | (74,401) | (2,500,050) | (1,770,944) | | (4,270,994) |
| Interest Income | 481 | 34 | 57,658 | 1,294 | 72 | 645 | 1,301 | 997 | 505 | 335 | 256 | 87 | 63,667 | 197 | | 63,864 |
| | | | | | | | | | | | | | | | | |
| **Net Income Before Taxes** | (908,908) | (248,321) | (49,346) | 237,679 | (310,075) | (33,415) | 282,802 | 698,324 | (621,788) | 1,424,724 | 58,175 | 540,551 | 1,070,402 | (4,047,724) | - | (2,977,322) |

**HMC/CAH Consolidated, Inc.**
**Consolidating Income Statement**
**For the Month Ended September 30, 2011**

| | WCH | Oswego | Horton | Hillsboro | Prague | I-70 | Drumright | Seiling | Fairfax | Lauderdale | Yadkin Valley | Haskell | Consolidated Hospitals | Corporate | | Consolidated Company |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Patient Services Revenue** | 815,945 | (33,183) | 784,025 | 469,865 | 265,223 | 736,635 | 665,478 | 1,047,871 | (278,815) | 1,426,774 | 1,291,096 | 865,467 | 8,056,382 | - | | 8,056,382 |
| Management Revenue | | | | | | | | | | | | | | 329,950 | # | (2,050) |
| Other Revenue | 4,867 | (5,180) | 6,116 | 2,215 | 12,226 | 70,327 | 2,642 | 9,208 | 11,490 | 44,016 | 69,291 | 1,034 | 228,253 | 21,158 | | 249,411 |
| **Total Operating Revenues** | 820,812 | (38,362) | 790,141 | 472,081 | 277,449 | 806,962 | 668,120 | 1,057,079 | (267,324) | 1,470,790 | 1,360,387 | 866,501 | 8,284,635 | 351,108 | # | 8,303,743 |
| **Operating Expenses:** | | | | | | | | | | | | | | | | |
| Salaries and Wages | 449,064 | 193,877 | 253,203 | 130,348 | 374,005 | 282,592 | 304,358 | 152,013 | 199,920 | 477,995 | 290,576 | 303,619 | 3,411,568 | 291,077 | | 3,702,645 |
| Benefits | 51,897 | 25,638 | 54,152 | 21,507 | 12,004 | 39,051 | 51,950 | 23,233 | (3,343) | 118,247 | 78,277 | 51,434 | 524,047 | 74,680 | | 598,727 |
| Provision for Bad Debts | 241,199 | 21,604 | 42,148 | (10,318) | 15,916 | 58,840 | 67,576 | 64,803 | 11,243 | 482,461 | 173,268 | 331,605 | 1,500,345 | - | | 1,500,345 |
| Supplies | 2,233 | 23,446 | 91,007 | 100,322 | 44,624 | 60,431 | 9,903 | 40,518 | 43,371 | 193,956 | 100,788 | 121,634 | 832,233 | 4,823 | | 837,056 |
| Medical Specialist Fees | 37,521 | 3,660 | 23,775 | 19,811 | - | 12,041 | 9,100 | 4,500 | 11,250 | 352 | 65,057 | 2,010 | 189,076 | | | 189,076 |
| Purchased Services | 126,998 | 21,372 | 23,712 | 16,698 | 62,836 | 25,601 | 48,903 | 22,599 | 18,485 | 65,143 | 65,602 | 29,467 | 527,415 | 73,786 | | 601,201 |
| Management Fees | 43,000 | 19,000 | 14,624 | 17,000 | 18,000 | 23,000 | 23,000 | 25,000 | 23,000 | 50,000 | 12,000 | 30,000 | 297,624 | - | # | (34,376) |
| Other Operating Expenses | 59,252 | 36,918 | 39,199 | 32,821 | 38,821 | 155,173 | 14,212 | 28,077 | 34,533 | 155,757 | 86,214 | 42,739 | 723,715 | 78,066 | | 801,781 |
| **Total Operating Expenses** | 1,011,164 | 345,514 | 541,820 | 328,188 | 566,205 | 656,728 | 529,001 | 360,743 | 338,458 | 1,543,911 | 871,782 | 912,508 | 8,006,023 | 522,432 | | 8,196,455 |
| **E.B.I.T.D.A.** | (190,353) | (383,877) | 248,321 | 143,893 | (288,756) | 150,233 | 139,118 | 696,336 | (605,783) | (73,121) | 488,605 | (46,007) | 278,612 | (171,324) | | 107,288 |
| Depreciation and Amortization | (43,752) | (9,752) | (21,049) | (25,687) | (1,733) | (66,578) | (64,125) | (5,919) | (22,861) | (89,703) | (40,831) | (13,995) | (405,984) | (9,000) | | (414,984) |
| Interest Expense | (46,285) | (3,285) | (11,086) | (9,987) | (12,687) | (28,665) | (30,812) | (15,451) | (34,622) | (16,137) | (92,188) | (8,094) | (309,300) | (344,174) | | (653,474) |
| Interest Income | 99 | 0 | 6,697 | - | 1 | 65 | - | 45 | 5 | 2 | - | 0 | 6,915 | - | | 6,915 |
| **Net Income Before Taxes** | (280,291) | (396,913) | 222,883 | 108,219 | (303,174) | 55,055 | 44,181 | 675,011 | (663,261) | (178,958) | 355,586 | (68,096) | (429,758) | (524,498) | | (954,256) |