Case 11-44738-drd11   Doc 519-5   Filed 07/03/12   Entered 07/03/12 11:50:45   Desc
Exhibit E -- Unaudited cumulative financial statements (FY 2012 through April 30   Page 1 of 3

Exhibit E

**HMC/CAH**
**Consolidating Balance Sheet**
April 30, 2012

| | WCH | Oswego | Horton | Hillsboro | Prague | I-70 | Drumright | Seiling | Fairfax | Lauderdale | Yadkin Valley | Haskell | HMC | Eliminations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| Current Assets: | | | | | | | | | | | | | | |
| Cash and cash equivalents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,757,627 | |
| Accounts receivable | 9,070,493 | 1,087,555 | 2,894,504 | 1,070,736 | 2,452,685 | 1,407,535 | 3,260,279 | 1,598,759 | 1,286,431 | 8,723,386 | 2,856,412 | 3,361,632 | 5,944,946 | (5,117,777) |
| Less: Reserves for Uncollectible | (6,272,070) | (406,522) | (1,777,000) | (454,121) | (1,623,104) | (277,146) | (1,809,041) | (762,251) | (239,513) | (5,761,175) | (1,729,373) | (2,221,684) | 0 | |
| Home Office Settlement | | | 0 | | | 0 | | | | 0 | 0 | | 0 | |
| Supplies | 250,811 | 87,832 | 162,112 | 145,998 | 137,883 | 102,859 | 135,571 | 83,172 | 175,829 | 180,105 | 125,991 | 128,143 | 0 | |
| Prepaid expenses | 149,735 | 20,729 | 70,654 | 33,194 | 46,913 | 92,446 | 201,245 | 35,344 | 53,331 | 300,035 | 85,024 | 77,529 | 1,750,836 | |
| Third-Party Settlement | 925,753 | 151,955 | 675,865 | 252,062 | 312,483 | 281,473 | 195,688 | 43,214 | 162,926 | 531,345 | 607,036 | 848,321 | 175,000 | |
| Other current assets | 0 | 39,313 | 1,118 | 1,000 | | (46) | 520,000 | 0 | 0 | 0 | (1,426) | 0 | 633 | |
| **Total Current Assets** | **4,124,722** | **980,862** | **2,027,253** | **1,048,869** | **1,326,860** | **1,607,122** | **2,503,742** | **998,238** | **1,439,004** | **3,973,696** | **1,943,663** | **2,193,941** | **9,629,041** | **(5,117,777)** |
| Property & Equipment, at cost: | | | | | | | | | | | | | | |
| Construction in Progress | 887,311 | 2,428,366 | 648,404 | 659,941 | 60,967 | 0 | 0 | 9,200 | 0 | 118,332 | 91,249 | 0 | 0 | |
| Land and improvements | 429,072 | 133,450 | 221,342 | 16,800 | 215,000 | 252,638 | 460,000 | 105,000 | 0 | 127,359 | 0 | 0 | 10,000 | |
| Buildings and improvements | 2,756,091 | 324,121 | 1,285,853 | 343,451 | 0 | 9,359,104 | 9,858,902 | | 92,131 | 3,514,904 | 0 | 0 | 8,950 | |
| Equipment and fixtures | 6,023,032 | 422,648 | 3,532,915 | 1,953,900 | 550,839 | 2,009,007 | 2,119,861 | 324,725 | 822,575 | 1,753,122 | 1,272,073 | 556,647 | 540,558 | |
| Total PP&E | 10,095,506 | 3,308,585 | 5,688,514 | 2,974,092 | 826,806 | 11,620,749 | 12,438,763 | 438,925 | 914,706 | 5,513,718 | 1,363,322 | 556,647 | 559,508 | - |
| Less accumulated depreciation and amortization | (6,946,224) | (512,773) | (4,518,332) | (1,876,909) | (309,626) | (4,353,576) | (5,608,301) | (179,480) | (473,720) | (1,770,682) | (435,738) | (292,998) | (309,735) | |
| **Net Property and Equipment** | **3,149,282** | **2,795,812** | **1,170,181** | **1,097,183** | **517,180** | **7,267,173** | **6,830,462** | **259,445** | **440,986** | **3,743,035** | **927,584** | **263,649** | **249,773** | **0** |
| Other Assets; | | | | | | | | | | | | | | |
| Investments | | | | | | | | | | | | | 3,437,300 | (3,437,300) |
| Goodwill | | 0 | 0 | 255,609 | 36,589 | 2,210,166 | 131,226 | 0 | 537,905 | 0 | 1,353,907 | 1,238,125 | 0 | |
| Restricted Cash | 0 | 0 | 0 | 0 | 0 | 73 | 797,053 | 0 | | | 0 | 0 | 0 | |
| Other | (15,000) | 0 | 0 | 0 | 30,835 | 203,671 | 0 | 0 | | 91,738 | (1,841) | 0 | 283,062 | |
| | (15,000) | 0 | 0 | 255,609 | 67,424 | 2,413,910 | 928,279 | 0 | 537,905 | 91,738 | 1,352,066 | 1,238,125 | 3,720,362 | (3,437,300) |
| **Total Assets** | **$ 7,259,004** | **$ 3,776,674** | **$ 3,197,434** | **$ 2,401,661** | **$ 1,911,464** | **$ 11,288,205** | **$ 10,262,483** | **$ 1,257,683** | **$ 2,417,895** | **$ 7,808,469** | **$ 4,223,313** | **$ 3,695,715** | **$ 13,599,177** | **$ (8,555,077)** |
| **LIABILITIES** | | | | | | | | | | | | | | |
| Current Liabilities: | | | | | | | | | | | | | | |
| Current maturities of LTD | 437,121 | 426,283 | 107,110 | 179,491 | 70,433 | 583,407 | 428,938 | 271,503 | 542,525 | 357,751 | 180,637 | 140,476 | 1,115,184 | |
| Accounts payable | 2,938,093 | 1,092,047 | 1,229,557 | 988,486 | 686,908 | 1,362,566 | 1,500,087 | 1,159,100 | 1,205,357 | 2,183,938 | 2,804,288 | 2,182,374 | 1,089,206 | (5,107,977) |
| Due/(From) HMC | (567,532) | (448,393) | (1,118,126) | (594,973) | (392,779) | (706,089) | (1,234,841) | (692,816) | (943,753) | (1,192,272) | 1,742,822 | 1,721,023 | 4,427,729 | |
| Accrued Interest | | | 160 | 32,084 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 411,629 | |
| Short-term Notes | | | 0 | 0 | 0 | 0 | (769) | 0 | (3,375) | 0 | 148,517 | 0 | 6,893,323 | |
| Accrued Liabilities | 2,053,638 | 459,113 | 946,646 | 185,750 | 396,919 | 577,977 | 414,059 | 210,451 | 370,464 | 649,039 | 413,807 | 228,320 | 121,577 | |
| **Total Current Liabilities** | **4,861,320** | **1,529,050** | **1,165,346** | **790,838** | **761,481** | **1,817,862** | **1,107,474** | **948,238** | **1,171,218** | **1,998,457** | **5,290,071** | **4,272,193** | **14,058,648** | **(5,107,977)** |
| **Long-Term Debt (net current maturities)** | **2,283,846** | **3,535,858** | **150,172** | **631,579** | **429,468** | **9,649,046** | **6,955,666** | **468,444** | **797,236** | **3,545,923** | **358,502** | **45,054** | **13,126,305** | |
| Stockholders' Equity: | | | | | | | | | | | | | | |
| Members Equity | 1,254,056 | (295,364) | 879,290 | 308,602 | 555,299 | 1,000,000 | 2,140,881 | 146,000 | 365,263 | 67,380 | | 540,835 | 0 | (6,962,243) |
| Prefered Stock | | | | | | | | | | | | | 12,456,861 | |
| Common Stock | | | | | | | | | | | | | 320,162 | |
| Retained Earnings | (1,403,317) | (806,484) | 267,926 | 303,594 | (687,670) | (970,595) | (837,479) | 556,158 | (433,405) | 2,393,365 | (845,110) | 18,281 | (23,296,950) | 3,515,143 |
| Net Income | 263,099 | (186,388) | 734,700 | 367,048 | 852,887 | (208,109) | 895,941 | (861,158) | 517,583 | (196,657) | (580,151) | (1,180,648) | (3,065,849) | |
| **Total Stockholders' Equity** | **113,838** | **(1,288,235)** | **1,881,916** | **979,244** | **720,515** | **(178,703)** | **2,199,343** | **(159,000)** | **449,441** | **2,264,089** | **(1,425,261)** | **(621,532)** | **(13,585,775)** | **(3,447,100)** |
| **Total Liabilities and Stockholders Equity** | **7,259,004** | **3,776,673** | **3,197,435** | **2,401,661** | **1,911,464** | **11,288,205** | **10,262,483** | **1,257,683** | **2,417,895** | **7,808,469** | **4,223,313** | **3,695,715** | **13,599,177** | **(8,555,077)** |

**HMC/CAH**
**Consolidating Balance Sheet**
April 30, 2012

| | 4/30/12 Consolidated | 3/31/12 Consolidated | Prior FYE Consolidated |
|---|---:|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash and cash equivalents | 1,757,627 $ | 2,027,692 $ | 1,751,444 |
| Accounts receivable | 39,897,575 | 42,038,323 | 43,006,521 |
| Less: Reserves for Uncollectible | (23,333,001) | (24,637,644) | (24,002,705) |
| Home Office Settlement | 0 | 0 | 0 |
| Supplies | 1,716,306 | 1,778,964 | 1,592,871 |
| Prepaid expenses | 2,917,016 | 2,933,787 | 1,982,430 |
| Third-Party Settlement | 5,163,121 | 5,542,688 | 647,409 |
| Other current assets | 560,592 | 37,269 | 25,746 |
| **Total Current Assets** | **28,679,236** | **29,721,079** | **25,003,715** |
| Property & Equipment, at cost: | | | |
| Construction in Progress | 4,903,770 | 4,854,176 | 5,001,343 |
| Land and improvements | 1,970,660 | 1,970,661 | 1,970,660 |
| Buildings and improvements | 27,543,507 | 27,519,507 | 27,276,995 |
| Equipment and fixtures | 21,881,903 | 21,788,299 | 20,758,220 |
| Total PP&E | 56,299,840 | 56,132,643 | 55,007,219 |
| Less accumulated depreciation and amortization | (27,588,095) | (27,225,843) | (24,928,168) |
| **Net Property and Equipment** | **28,711,745** | **28,906,800** | **30,079,050** |
| Other Assets; | | | |
| Investments | 0 | 0 | 0 |
| Goodwill | 5,763,527 | 5,763,527 | 5,763,527 |
| Restricted Cash | 797,126 | 797,126 | 797,126 |
| Other | 592,465 | 609,984 | 729,993 |
| | 7,153,118 | 7,170,637 | 7,290,646 |
| **Total Assets** | **$ 64,544,099** | **$ 65,798,517** | **$ 62,373,412** |
| **LIABILITIES** | | | |
| Current Liabilities: | | | |
| Current maturities of LTD | 4,840,859 $ | 3,944,794 $ | 5,290,132 |
| Accounts payable | 15,314,031 | 15,336,018 | 12,374,292 |
| Due/(From) HMC | (0) | (0) | 0 |
| Accrued Interest | 443,872 | 443,872 | 348,755 |
| Short-term Notes | 7,037,696 | 7,009,707 | 7,756,269 |
| Accrued Liabilities | 7,027,761 | 7,995,387 | 8,850,726 |
| **Total Current Liabilities** | **34,664,220** | **34,729,779** | **34,620,174** |
| **Long-Term Debt (net current maturities)** | **41,977,100** | **43,134,171** | **37,202,757** |
| Stockholders' Equity: | | | |
| Members Equity | (1) | (1) | (1) |
| Prefered Stock | 12,456,861 | 12,456,861 | 12,456,861 |
| Common Stock | 320,162 | 320,162 | 320,162 |
| Retained Earnings | (22,226,541) | (22,226,541) | (19,249,225) |
| Net Income | (2,647,702) | (2,615,913) | (2,977,317) |
| **Total Stockholders' Equity** | **(12,097,221)** | **(12,065,431)** | **(9,449,519)** |
| **Total Liabilities and Stockholders Equity** | **64,544,099 $** | **65,798,518 $** | **62,373,412** |

**HMC/CAH Consolidated, Inc.**
**Consolidating Income Statement**
**For the Seven Months Ended April 30, 2012**

| | WCH | Oswego | Horton | Hillsboro | Prague | I-70 | Drumright | Seiling | Fairfax | Lauderdale | Yadkin Valley | Haskell | Consolidated Hospitals | Corporate | | Consolidated Company |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Patient Revenue:** | | | | | | | | | | | | | | | | |
| Inpatient Services | 6,063,908 | 2,044,730 | 2,138,342 | 1,061,355 | 1,752,695 | 1,675,971 | 4,930,376 | 1,916,442 | 1,043,958 | 4,215,967 | 1,808,786 | 2,329,964 | 30,982,495 | - | | 30,982,495 |
| Outpatient Services | 14,242,144 | 1,479,739 | 5,348,149 | 2,549,507 | 4,706,493 | 4,522,524 | 6,195,320 | 2,015,694 | 2,796,127 | 16,141,698 | 7,150,695 | 6,770,140 | 73,918,230 | - | | 73,918,230 |
| Clinic Services | 671,552 | 358,122 | 461,643 | 226,200 | 842,561 | 420,609 | 560,447 | 412,576 | 141,396 | 187,281 | 845,637 | 29,133 | 5,157,156 | - | | 5,157,156 |
| **Total Patient Revenue** | 20,977,604 | 3,882,591 | 7,948,134 | 3,837,062 | 7,301,749 | 6,619,104 | 11,686,143 | 4,344,712 | 3,981,481 | 20,544,946 | 9,805,117 | 9,129,237 | 110,057,880 | - | - | 110,057,880 |
| **Deductions From Revenue:** | | | | | | | | | | | | | | | | |
| Medicare Contractual | 6,403,659 | 667,014 | 1,250,774 | 441,912 | 938,227 | 559,155 | 1,828,791 | 1,603,351 | (2,859) | 3,829,917 | 1,022,138 | 2,691,051 | 21,233,131 | - | | 21,233,131 |
| Other Contractual Adjustments | 5,646,339 | 739,960 | 2,028,932 | 548,807 | 2,019,687 | 1,355,653 | 3,583,668 | 1,024,721 | 784,818 | 6,612,085 | 3,688,406 | 2,683,870 | 30,716,946 | - | | 30,716,946 |
| Provision for Bad Debts | 1,823,736 | 84,751 | 344,546 | 126,129 | 447,318 | 521,802 | 927,508 | 352,682 | 220,332 | 2,620,148 | 720,701 | 923,576 | 9,113,229 | - | | 9,113,229 |
| **Total Deductions From Revenue** | 13,873,734 | 1,491,725 | 3,624,251 | 1,116,849 | 3,405,232 | 2,436,610 | 6,339,968 | 2,980,754 | 1,002,291 | 13,062,150 | 5,431,245 | 6,298,497 | 61,063,306 | - | - | 61,063,306 |
| **Net Patient Services Revenue** | 7,103,870 | 2,390,866 | 4,323,882 | 2,720,213 | 3,896,517 | 4,182,494 | 5,346,176 | 1,363,958 | 2,979,190 | 7,482,797 | 4,373,872 | 2,830,740 | 48,994,574 | - | - | 48,994,574 |
| Management Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,791,338 | (2,724,738) | 66,600 |
| Other Revenue | 195,402 | 52,302 | 177,856 | 29,942 | 118,648 | 153,447 | 541,200 | 28,904 | 210,644 | 91,436 | 91,077 | 37,353 | 1,728,212 | 261,955 | | 1,990,167 |
| **Total Operating Revenues** | 7,299,272 | 2,443,168 | 4,501,738 | 2,750,156 | 4,015,165 | 4,335,942 | 5,887,376 | 1,392,862 | 3,189,834 | 7,574,232 | 4,464,949 | 2,868,092 | 50,722,786 | 3,053,293 | (2,724,738) | 51,051,341 |
| **Operating Expenses:** | | | | | | | | | | | | | | | | |
| Salaries and Wages | 3,061,238 | 1,246,228 | 1,931,485 | 1,060,445 | 1,725,505 | 1,891,405 | 2,330,700 | 1,113,959 | 1,366,846 | 3,376,013 | 2,459,896 | 1,994,617 | 23,558,338 | 2,075,628 | | 25,633,966 |
| Benefits | 550,134 | 231,621 | 360,432 | 207,309 | 347,065 | 329,349 | 356,499 | 180,362 | 326,706 | 791,472 | 425,542 | 304,323 | 4,410,815 | 467,480 | | 4,878,295 |
| Supplies | 604,110 | 386,479 | 593,356 | 246,465 | 334,988 | 366,120 | 572,140 | 206,308 | 206,914 | 787,450 | 338,697 | 595,796 | 5,238,822 | 168,335 | | 5,407,157 |
| Medical Specialist Fees | 734,626 | 60,025 | 128,938 | 168,111 | 513 | 132,928 | 22,249 | 33,865 | 20,182 | 278,906 | 513,514 | 171,311 | 2,265,168 | - | | 2,265,168 |
| Purchased/Professional Services | 704,122 | 114,457 | 260,425 | 216,755 | 253,862 | 168,289 | 348,547 | 217,264 | 149,144 | 527,966 | 525,395 | 195,695 | 3,681,921 | 1,913,456 | | 5,595,377 |
| Management Fees | 470,505 | 254,802 | 122,500 | 105,000 | 145,269 | 156,286 | 212,738 | 203,882 | 154,646 | 415,004 | 234,582 | 267,024 | 2,742,238 | - | (2,724,738) | 17,500 |
| Other Operating Expenses | 455,445 | 176,000 | 235,923 | 200,436 | 255,848 | 630,416 | 415,341 | 214,070 | 225,637 | 880,936 | 387,549 | 397,218 | 4,474,817 | 759,004 | | 5,233,821 |
| **Total Operating Expenses** | 6,580,180 | 2,469,612 | 3,633,059 | 2,204,520 | 3,063,051 | 3,674,792 | 4,258,215 | 2,169,710 | 2,450,075 | 7,057,747 | 4,885,175 | 3,925,984 | 46,372,119 | 5,383,903 | (2,724,738) | 49,031,284 |
| **E.B.I.T.D.A.** | 719,092 | (26,444) | 868,679 | 545,635 | 952,115 | 661,150 | 1,629,161 | (776,848) | 739,759 | 516,486 | (420,226) | (1,057,891) | 4,350,667 | (2,330,610) | - | 2,020,057 |
| Depreciation and Amortization | (332,751) | (75,612) | (148,501) | (147,525) | (57,525) | (479,312) | (469,650) | (44,979) | (134,703) | (554,988) | (134,937) | (104,663) | (2,685,147) | (53,839) | | (2,738,986) |
| Interest Expense | (123,954) | (84,331) | (13,258) | (33,409) | (41,761) | (390,181) | (263,570) | (39,546) | (87,495) | (158,387) | (25,011) | (18,138) | (1,279,041) | (681,397) | | (1,960,438) |
| Interest Income | 713 | - | 27,779 | 2,347 | 58 | 235 | - | 216 | 22 | 233 | 23 | 45 | 31,671 | - | | 31,671 |
| **Net Income Before Taxes** | 263,100 | (186,387) | 734,699 | 367,048 | 852,886 | (208,109) | 895,941 | (861,158) | 517,583 | (196,657) | (580,150) | (1,180,648) | 418,150 | (3,065,846) | - | (2,647,696) |