## **Exhibit G**

Collected schedules to Disclosure Statement

## Schedule 8.1

**HHS Secured ERP and Overpayment Claims**

| Debtor | HHS Overpayment/ERP Claim | Amount[1] |
|---|---|---|
| CAH 1 | HHS FY 2011 | $234,989.60 |
| | HHS Prior FY ERP | $61,263.00 |
| CAH 2 | HHS FY 2011 | $1,371,126.77 |
| CAH 3 | HHS FY 2011 | unknown amount |
| | HHS Prior FY ERP | $37.47 |
| CAH 4 | HHS FY 2011 | $324,281.00 |
| CAH 5 | HHS FY 2011 | unknown amount |
| CAH 6 | HHS FY 2011 | $436,008.38 |
| CAH 7 | HHS FY 2011 | unknown amount |
| CAH 9 | HHS FY 2011 | $532,810.08 |
| CAH 10 | HHS FY 2011 | unknown amount |
| CAH 11 | HHS FY 2011 | $18,843.87 and unknown |
| CAH 12 | HHS Prior FY | $1,082,038.00 |
| CAH 16 | HHS Prior FY ERP | $5,875.72 |

---

[1] Such claim amounts are subject to revision.

**Schedule 8.3**

**Current Board Members**

<u>Board of Directors – FY 2012</u>

James W. Shaffer, Chairman
Stephen D. Dunn
James R. Miller
Gordon E. Lansford
Michael J. Rainen
Rosie Privitera Biondo
Rick Jones
Larry Arthur
Tom McCarthy
Richard Clark
Paul Nusbaum
Trent Skaggs
Donald J. Babb

**Schedule 8.4**

**Current Officers**

| Officer | Title | Salary |
|---|---|---|
| Larry Arthur | President and Chief Executive Officer | $229,130 |
| Gordon Docking | Executive Vice President and Chief Operating Officer | $189,050 |
| James Sneed | Executive Vice President and Chief Financial Officer | $202,500 |
| Dennis Davis | Executive Vice President and Chief Legal Officer | $202,500 |
| Trent Skaggs | Executive Vice President and Chief Planning Officer | $119,340 |
| Bill May | Vice President-Regional Operations | $143,200 |
| Al Arrowood | Vice President-Regional CFO | $119,340 |
| Brent Lagergren | Vice President-Chief Compliance Officer | $112,500 |
| Stephanie Lyons | Vice President-Clinical Services and Quality Management | $102,816 |
| Harley Smith | CEO – CAH 1 | $130,000 |
| Dan Hiben | CEO – CAH 2 | $119,000 |
| Terry Nichols | CEO – CAH 3 | $106,080 |
| Darrel Morris | CEO – CAH 4 | $142,575 |
| Marion Regier | CEO – CAH 5 | $105,000 |
| Julie Davenport | CEO – CAH 6 | $129,000 |
| Joan Walters | CEO – CAH 7 | $95,000 |
| Larry Troxell | CEO – CAH 9 | $114,400 |
| Fred Soule | CEO – CAH 10 | $100,000 |
| Scott Tongate | CEO – CAH 11 | $144,000 |
| Tina Steele | CEO – CAH 12 | $117,019 |
| Davie Lloyd | CEO – CAH 16 | $110,000 |